Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                Case No.: 18−17443−CMG
                                                Chapter: 13
                                                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jennifer Holmes
    60 Crest Drive
    Howell, NJ 07731

Social Security No.:
    xxx−xx−5582

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/8/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 8, 2019
JAN: dmi

                                                                                        Jeanne Naughton
                                                                                        Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                              Case No. 18-17443-CMG
Jennifer Holmes                                                     Chapter 13
               Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2          Date Rcvd: Jul 08, 2019
                              Form ID: 148                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db             +Jennifer Holmes,    60 Crest Drive,    Howell, NJ 07731-1405
517454219       Capital One Auto Finance,    PO Box 269027,    Plano, TX 75026-9027
517489683      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517454225      +Medical Payment Data,    Attn: Remex,    307 Wall Street,    Princeton, NJ 08540-1515
517454226      +SLS,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 01:30:30      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 01:30:23       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517454218      +EDI: PHINGENESIS Jul 09 2019 04:53:00       Bankcard Services,    PO Box 4477,
                 Beaverton, OR 97076-4401
517524205      +EDI: AISACG.COM Jul 09 2019 04:53:00       Capital One Auto Finance,    AIS Portfolio Svc., LP,
                 4515 N. Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
517523214      +EDI: AISACG.COM Jul 09 2019 04:53:00       Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
517465703      +EDI: AISACG.COM Jul 09 2019 04:53:00       Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517454220      +EDI: CAPITALONE.COM Jul 09 2019 04:53:00       Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
517454222      +EDI: CHASE.COM Jul 09 2019 04:53:00       Chase,    PO Box 15153,    Wilmington, DE 19886-5153
517454223      +EDI: RCSFNBMARIN.COM Jul 09 2019 04:53:00       Credit One Bank,    PO Box 98875,
                 Las Vegas, NV 89193-8875
517454224      +EDI: PHINGENESIS Jul 09 2019 04:53:00       Genesis BC,    268 S State St Ste 300,
                 Salt Lake City, UT 84111-5314
517600759       EDI: RESURGENT.COM Jul 09 2019 04:53:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517600760       EDI: RESURGENT.COM Jul 09 2019 04:53:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517580968      +EDI: MID8.COM Jul 09 2019 04:53:00       Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517581206       EDI: Q3G.COM Jul 09 2019 04:53:00       Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517530181       EDI: Q3G.COM Jul 09 2019 04:53:00       Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517581204       EDI: Q3G.COM Jul 09 2019 04:53:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517454227       EDI: RMSC.COM Jul 09 2019 04:53:00       SYNCB,   PO Box 965060,    Orlando, FL 32896-5060
517454788      +EDI: RMSC.COM Jul 09 2019 04:53:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517454221*     +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jul 08, 2019
                              Form ID: 148               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:

```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005- A dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              James J. Cerbone     on behalf of Debtor Jennifer    Holmes cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Kevin Gordon McDonald     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-A, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005- A kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```